### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Debra Foster and Christopher Foster, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.   CIV-24-01239-PRW |
| | ) | |
| State Firm Fire and Casualty Company; | ) | *(Removed from Kay County, OK District* |
| Alieu Jobe; and Rimkus Consulting | ) | *Court, Case No. CJ-2024-213)*[1] |
| Group, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Debra Foster and Christopher Foster (collectively, "Plaintiffs"), Defendant State Farm Fire and Casualty Company ("State Farm"), and Defendant Rimkus Consulting Group, Inc. ("Rimkus") hereby stipulate that all claims asserted by Plaintiffs in the above-captioned action are dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and further state that each party shall bear their own costs and attorneys' fees incurred in connection therewith. Plaintiffs also dismiss with prejudice all claims asserted against Defendant Alieu Jobe, who has not been served with process and therefore has not filed a responsive pleading herein, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

---

[1] *See also* Kay County, Oklahoma District Court Case No. CJ-2023-120, an earlier filed case naming only State Farm, which was dismissed without prejudice on October 27, 2023, and is now time-barred as a matter of law pursuant to 12 O.S. § 100.

Respectfully submitted by:

/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA No. 33839
**BLACKWOOD LAW FIRM PLLC**
512 NW 12th St.
Oklahoma City, OK 73103
(405) 232-6357 (Telephone)
(405) 378-4466 (Facsimile)
amanda@blackwoodlawfirm.com

**ATTORNEY FOR PLAINTIFFS**

*-and-*

/s/ Andrew J. Morris
Andrew J. Morris, OBA No. 31658
Peyton S. Howell, OBA No. 33917
**MCAFEE & TAFT, P.C.**
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
(405) 235-9621 (Telephone)
(405) 235-0439 (Facsimile)
andrew.morris@mcafeetaft.com
peyton.howell@mcafeetaft.com

**ATTORNEYS FOR STATE FARM FIRE AND CASUALTY CO.**

*-and-*

/s/ Matthew K. Felty
Matthew K. Felty, OBA #31057
**LYTLE SOULÉ & FELTY, P.C.**
119 North Robinson Ave., Suite 1200
Oklahoma City, OK 73102
(405) 235-7471 (Telephone)
(405) 232-3852 (Facsimile)
mkfelty@lytlesoule.com

**ATTORNEY FOR RIMKUS CONSULTING GROUP, INC.**

Page 2 of 2